UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br><s>MATTHEW HAUSOTTER,</s> *jkl*<br>ANDRES ESQUIVIAS<br>                Defendant. | Case No.: 3:09-cr-1747<br><br>**ORDER GRANTING MOTION TO CONTINUE CHANGE OF PLEA HEARING** |

IT IS HEREBY ORDERED that the motion date in the above-referenced case be continued from June 2, 2009, at 9:30 am, to June 9, 2009 at 9:30 am.

DATED: May 27, 2009

Honorable Nita L. Stormes,
United States District Court Magistrate Judge

1

09cr1747