UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | Case No.: 3:09-cr-1747 JM |
| Plaintiff, | ) ) ) | **ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | ) ) | |
| ANDRES ESQUIVIAS, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY ORDERED that the sentencing date in the above-referenced case be continued from August 28, 2009, at 9:00 am, to *November 20, 2009 at 9:00 am*. If the defendant is released on bond, he is ordered to file an acknowledgement of next court date.

DATED:   July 16, 2009

_____
Honorable Jeffrey T. Miller
United States District Court Judge