|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA, | ) | Case No.: 3:09-cr-1747 JM |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **ORDER DENYING MOTION TO** |
|  | ) | **CONTINUE SENTENCING HEARING** |
| vs. | ) | [Docket No.46] |
|  | ) |  |
| ANDRES ESQUIVIAS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

IT IS HEREBY ORDERED that Defendant's Motion to Continue Sentencing [Docket no. 46] is DENIED. All counsel and Defendant shall appear as previously ordered *at 9:00 a.m. November 20, 2009 in Courtroom 16.*

DATED: October 23, 2009

_____
Honorable Jeffrey T. Miller
United States District Court Judge